UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COURTNEY WARREN,

        Plaintiff,

   - against -

TIME WARNER CABLE INC.,

        Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
17-CV-4029 (RRM) (ST)

An Order of the undersigned having been filed this day granting summary judgment for defendant as to the federal law claims, dismissing the state law claims, and directing the Clerk of Court to enter judgment and close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that defendant's motion for summary judgment is hereby granted, and that this case is hereby closed.

SO ORDERED.

Dated: Brooklyn, New York
       September 28, 2020

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge